NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000633
07-OCT-2015
11:30 AM

CAAP-14-0000633

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GORDON KAI, et al., Plaintiffs-Appellees/Cross-Appellants,
v.
HASEKO HOMES, INC., a Hawai'i Corporation, et al.,
Defendants-Cross-Claimants-Appellants/Cross-Appellees,
and
ZURN PEX, INC., a Delaware Corporation, et al.,
Defendants-Cross-Claim Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-2834)

ORDER GRANTING JOINT STIPULATION,
MOTION, AND NOTICE FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Joint Stipulation, Motion, and Notice for Dismissal of Appeal Pursuant to [Hawai'i Rules of Appellate Procedure (HRAP) Rule] 42(b)" filed by the parties on September 30, 2015, and the record and files in this case,

IT IS HEREBY ORDERED that the parties' joint request to dismiss the appeal is granted, and the appeal is dismissed pursuant to HRAP Rule 42(b). Each party shall bear its own appellate attorney's fees and costs.

DATED: Honolulu, Hawai'i, October 7, 2015.

*Craig H. Nakamura*
Chief Judge

*[signature]*
Associate Judge

*[signature]*
Associate Judge